Roger Manuel **BRANDAO**, Petitioner,

v.

John **ASHCROFT**, Attorney General of the United States, Respondent.

1. The Honorable Richard Goldberg, Judge of the United States Court of International

**Roger Manuel Brandao, Petitioner—Appellant,**

**v.**

**John Ashcroft, Attorney General; James W. Ziglar, Commissioner of Immigration and Naturalization Service; Curtis Aljets, St. Paul District Director of the Immigration and Naturalization Service; Brian Berg, U.S. Marshal, Respondents—Appellees.**

No. 02–2999, 02–3342.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 20, 2003.

Decided Jan. 26, 2004.

David J. Chapman, Fargo, ND, for Petitioner.

Thomas W. Hussey, Michele Y.F. Sarko, Emily Anne Radford, Allen W. Hausman, Daniel E. Goldman, U.S. Department of Justice, Washington, DC, Paul Schmidt, Falls Church, VA, Richard Soli, District Counsel, Bloomington, MN, for Respondent.

Before MURPHY, LAY, and BRIGHT, Circuit Judges.

PER CURIAM.

Petition for Review of an Order of the Board of Immigration Appeals.

Roger Manuel Brandao, a native of Portugal, appeals the district court's [1] dismissal of his 28 U.S.C. § 2241 petition for a writ of habeas corpus to prevent the Immigration and Naturalization Service from

Trade, sitting by designation.

reinstating his previous order of deportation. Having carefully reviewed the record and the parties' submissions, we conclude the district court correctly denied Brandao's petition. Accordingly, we affirm. *See* 8th Cir. R. 47B.

